WILLIAM P. DUGGAN, Respondent, v. BROWN, HELLMAN, SUSSMAN & Co., Respondent-Appellant, and PALMIERI CONTRACTING CORP., Appellant, et al.,

Defendant.—

Concur — Eager, J. P., Capozzoli, McGivern and Tilzer, JJ.